IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL SHUNATONA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:16-CV-1694-M |
| | § | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 12, 2016, and the Plaintiff's Objections, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The Clerk is directed to file Plaintiff's First Amended Original Complaint [Docket #15-1]. Plaintiff's claim of wrongful foreclosure is dismissed with prejudice and may not be reasserted. Per his stipulation, Plaintiff may not assert claims in excess of $75,000. Plaintiff's Motion to Remand [Docket #15] and request to vacate prior orders [Docket # 6 and 13] are denied.

**SO ORDERED** this 27th day of September, 2016.

_____
**BARBARA M. G. LYNN
CHIEF JUDGE**