IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL SHUNATONA, | § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | No. 3:16-CV-1694-M |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | | |
| Defendant. | | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on December 2, 2016. *See* Dkt. No. 38. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 9th day of January, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE